PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-108-TLN |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO WITHDRAW ARREST WARRANT AND SET MATTER FOR ARRIGNMENT |
| v. | |
| QI GUO LIN, | |
| Defendant. | |

The government's motion to withdraw the arrest warrant issued against Qi Guo Lin and set the matter for arraignment before Magistrate Judge Chi Soo Kim on May 10, 2024, is GRANTED.

Dated: May 7, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE