1  PHILLIP A. TALBERT
   United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:20-CR-00108 TLN

12                        Plaintiff,       STIPULATION AND ORDER TO EXCLUDE
                                           TIME
13            v.

14  QI GUO LIN,

15                        Defendant.

16

17        Plaintiff United States of America, by and through its attorney of record, Assistant United States

18  Attorney ROGER YANG, and defendant Qi Guo Lin, both individually and by and through his counsel

19  of record, William F. Portanova, hereby stipulate as follows:

20        1.      The defendant appeared on May 10, 2024 voluntarily after the government recalled the

21  warrant.  The court set a status hearing date of September 5, 2024.

22        2.      Because the custody status of two other co-defendants who appeared on May 10, 2024

23  was yet to be settled, the government did not request an exclusion of time under Local Code T4 for

24  defense preparation.

25        3.      The parties stipulated to a protective order for the discovery in this case.  In addition, the

26  government is preparing and will soon disclose initial discovery in this case.  The case is complex, and

27  the discovery includes law enforcement reports, bank records, real estate transaction records, and search

28  warrant evidence.

STIPULATION/ORDER                              1

4.      The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5.      The parties agree that good cause exists for an exclusion of time under the Speedy Trial Act, and the parties request that the time between May 10, 2024 and September 5, 2024, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.


Dated:  June 4, 2024                              PHILLIP A. TALBERT
                                                 United States Attorney


                                                 /s/ ROGER YANG
                                                 ROGER YANG
                                                 Assistant United States Attorney


Dated:  June 4, 2024                             /s/ William F. Portanova
                                                 WILLIAM F. PORTANOVA
                                                 Counsel for Defendant
                                                 QI GUO LIN


## FINDINGS AND ORDER

The Court having read and considered the Stipulation to Exclude Time, which this Court incorporates by reference into this Order in full, hereby finds that GOOD CAUSE exists, and the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, and excludes time under the Speedy Trial Act under Local Code T4 from May 10, 2024 to September 5, 2024. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO FOUND AND ORDERED this 4th day of June, 2024.


                                                 _____
                                                 Troy L. Nunley
                                                 United States District Judge